**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**THOMAS COOK UK LTD.,**

       **Plaintiff,**

-vs-                                                 Case No. 6:11-cv-1991-Orl-31DAB

**MAESBURY HOMES, INC.,**

       **Defendant.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Motion for Final Default Judgment against Defendant (Doc. No. 14), filed January 31, 2012.

On February 15, 2012, the United States Magistrate Judge issued a report (Doc. No. 15) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Motion for Final Default Judgment against Defendant is **GRANTED**.

3. The Clerk is directed to enter default judgment in favor of Plaintiff and against Defendant in the amount of $2,067,351.00, plus prejudgment interest in the amount of $353,248.02. The Clerk is further directed to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 5th day of March, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE